# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JOE FOARD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-564-LCB-GMB |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION & ORDER

The Magistrate Judge entered a report on January 9, 2024, recommending that the court treat the defendants' motions for summary judgment as motions to dismiss and grant the motions. (Doc. 63). The Magistrate Judge further recommended that the United States' motion for summary judgment on the plaintiff's Federal Tort Claims Act ("FTCA") claims be GRANTED. (Doc. 63). Although the court advised the parties of their right to file specific written objections within 14 days, the court has not received any objections. (Doc. 63 at 21).

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the defendants' motions to dismiss and the motion for summary judgment are due to be **GRANTED**. A final judgment will be entered.

**DONE** and **ORDERED** February 5, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE